IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.   **19-cr-116-WJM**

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.  MINH Q. PHAM,

      Defendant.

---

## INDICTMENT

---

The Grand Jury charges:

### COUNTS 1 - 12
Fraudulent Use of Counterfeit Access Devices

1.    On or about the dates set forth below, in the State and District of Colorado, the defendant MINH Q. PHAM knowingly and with intent to defraud, used one or more counterfeit access devices, namely, Home Depot credit card account numbers with associated account information, which conduct affected interstate or foreign commerce, as further described below:

| **Count** | Date | Card Account # (last 4) | Amount | Home Depot Store Location |
|---|---|---|---|---|
| **1** | 2-20-18 | #7441 | $1,046.59 | 14001 E. Mississippi Ave. Aurora, CO [Store # 1501] |

| 2 | 2-20-18 | #7441 | $4,018.17 | 9401 E. Arapahoe Road Greenwood Village , CO [Store # 1509] |
|---|---|---|---|---|
| 3 | 2-20-18 | #5882 | $4,011.66 | 14001 E. Mississippi Ave. Aurora, CO [Store # 1501] |
| 4 | 2-20-18 | #5882 | $4,230.40 | 14001 E. Mississippi Ave. Aurora, CO [Store # 1501] |
| 5 | 2-21-18 | #4338 | $4,001.51 | 14001 E. Mississippi Ave. Aurora, CO [Store # 1501] |
| 6 | 2-21-18 | #4338 | $3,988.38 | 5600 S. Chambers Road Aurora, CO [Store # 1523] |
| 7 | 2-21-18 | #4338 | $967.68 | 5600 S. Chambers Road Aurora, CO [Store # 1523] |
| 8 | 2-28-18 | #6318 | $4,055.41 | 5215 Wadsworth Blvd. Arvada, CO [Store # 1502] |
| 9 | 2-28-18 | #1171 | $4,010.76 | 5215 Wadsworth Blvd. Arvada, CO [Store # 1502] |
| 10 | 2-28-18 | #5513 | $2,031.04 | 7200 W. Colfax Ave. Lakewood, CO [Store #1550] |
| 11 | 2-28-18 | #5513 | $2,269.56 | 7200 W. Colfax Ave. Lakewood, CO [Store #1550] |
| 12 | 3-1-18 | #6261 | $4,236.43 | 5215 Wadsworth Blvd. Arvada, CO [Store # 1502] |

All in violation of Title 18, United States Code, Section 1029(a)(1).

**COUNTS 13 - 24**
Aggravated Identity Theft

2.   On or about the dates set forth below, in the State and District of Colorado, the

defendant MINH Q. PHAM did knowingly transfer, possess and use, without lawful

authority, a means of identification of another person, to wit, the name and credit card

account number related to Home Depot account holders, during and in relation to a

felony violation enumerated in Title 18, United States Code, Section 1028A(c), to wit,

fraudulent use of counterfeit access devices and attempt to do the same, Title 18, United

States Code, Section 1029(a)(1) and (b)(1):

| Count | Date | Description of Transaction and/or Account Holder |
|-------|------|--------------------------------------------------|
| **13** | 2-20-18 | Purchase of $4,011.66 from Home Depot Store #1501 14001 E. Mississippi Ave., Aurora, CO, involving account holder M.M. and using account ending #5882. |
| **14** | 2-20-18 | Purchase of $4,230.40 from Home Depot Store #1501 14001 E. Mississippi Ave., Aurora, CO, involving account holder M.M. and using account ending #5882. |
| **15** | 2-21-18 | Possession of Home Depot Card involving account holder O.A. and account ending #5830 |
| **16** | 2-21-18 | Possession of Home Depot Card involving account holder K.L. and account ending #8164 |
| **17** | 2-21-18 | Possession of Home Depot Card involving account holder A.M. and account ending #8677 |
| **18** | 2-21-18 | Possession of Home Depot Card involving account holder C.U. and account ending #8438 |

| | | |
|---|---|---|
| **19** | 2-21-18 | Possession of Home Depot Card involving account holder R.R. and account ending #6788 |
| **20** | 2-21-18 | Possession of Home Depot Card involving account holder J.L.W. and account ending #0164 |
| **21** | 2-21-18 | Possession of Home Depot Card involving account holder J.D. and account ending #4718 |
| **22** | 2-21-18 | Possession of Home Depot Card involving account holder D.S. and account ending #4346 |
| **23** | 2-21-18 | Possession of Home Depot Card involving account holder P.M. and account ending #1543 |
| **24** | 2-21-18 | Possession of Home Depot Card involving account holder D.M. and account ending #3207 |

All in violation of Title 18, United States Code, Sections 1028A and 2.

A TRUE BILL

Ink signature on file in Clerk's Office
FOREPERSON

JASON R. DUNN
United States Attorney

By:   s/Tim R. Neff
      TIM R. NEFF
      Assistant United States Attorney
      U.S. Attorney's Office
      1801 California Street, Suite 1600
      Denver, CO   80202
      Telephone: (303) 454-0100
      Fax:   (303) 454-0402
      E-mail:   tim.neff@usdoj.gov

4